United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
April Flegler  
Christopher Flegler  
    Debtors

Case No. 23-13066-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Feb 15, 2024      Form ID: 155      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | April Flegler, Christopher Flegler, 427 Nazareth Hill Rd, Nazareth, PA 18064 |
| 14825210 | + | CROSSCOUNTRY MORTGAGE, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14822304 | + | SARCO FEDERAL CREDIT UNION, 1214 W BROAD ST, Bethlehem, PA 18018-4952 |
| 14840031 | + | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14822309 | + | TD RCS/PROFORM FINANCIAL, 1000 MACARTHUR BLVD, Mahwah, NJ 07430-2035 |
| 14822310 | | TELECOM SELF REPORTED, BOX 4500, Canton, TX 75103 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14822292 | + | Email/PDF: bncnotices@becket-lee.com | Feb 16 2024 00:33:16 | AMERICAN EXPRESS, PO BOX 981537, El Paso, TX 79998-1537 |
| 14834893 | | Email/PDF: bncnotices@becket-lee.com | Feb 16 2024 00:59:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14822293 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 16 2024 00:20:00 | BANK OF AMERICA, BOX 982238, El Paso, TX 79998-2238 |
| 14822295 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 00:33:43 | BEST BUY/CBNA, 50 NORTHWEST POINT ROAD, Elk Grove Village, IL 60007-1032 |
| 14839742 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 16 2024 00:20:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14822294 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 16 2024 00:20:00 | Barclays Bank/Old Navy, 125 S West St., Wilmington, DE 19801-5014 |
| 14822296 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2024 00:59:44 | CAPITAL ONE, BOX 31293, Salt Lake City, UT 84131-0293 |
| 14822297 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 00:33:26 | CITICARDS CBNA, BOX 6241, Sioux Falls, SD 57117-6241 |
| 14822298 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2024 00:20:00 | COMENITYBANK/COMENITY, BOX 182789, Columbus, OH 43218-2789 |
| 14822299 | + | Email/Text: BKPT@cfna.com | Feb 16 2024 00:20:00 | CREDIT FIRST, 6275 EASTLAND RD, Brookpark, OH 44142-1399 |
| 14827101 | | Email/Text: BKPT@cfna.com | Feb 16 2024 00:20:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14831628 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2024 00:48:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14835323 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 00:33:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14824881 | ^ | MEBN | Feb 16 2024 00:10:03 | CrossCountry Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14822300 | | Email/Text: BKCourtNotices@yourmortgageonline.com Feb 16 2024 00:20:00 | | CrossCountry Mortgage LLc, Mail Stop 1290 1 Corporate Dr., Ste 360, Lake Zurich, IL 60047 |
| 14840509 | | Email/Text: BKCourtNotices@yourmortgageonline.com Feb 16 2024 00:20:00 | | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14822301 | | Email/Text: collecadminbankruptcy@fnni.com Feb 16 2024 00:20:00 | | FNB OMAHA, BOX 3412, Omaha, NE 68103 |
| 14825587 | | Email/Text: collecadminbankruptcy@fnni.com Feb 16 2024 00:20:00 | | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, Ne 68197 |
| 14822302 | | Email/PDF: ais.chase.ebn@aisinfo.com Feb 16 2024 01:09:58 | | JPMCB, BOX 15369, Wilmington, DE 19850 |
| 14828991 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Feb 16 2024 00:20:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14828334 | + | Email/Text: RASEBN@raslg.com Feb 16 2024 00:20:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14822303 | + | Email/Text: PBNCNotifications@peritusservices.com Feb 16 2024 00:20:00 | | KOHLS/CAPONE, BOX 3115, Milwaukee, WI 53201-3115 |
| 14839272 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 16 2024 00:33:41 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14839152 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2024 00:59:30 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14838487 | | Email/Text: bnc-quantum@quantum3group.com Feb 16 2024 00:20:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14822305 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 16 2024 00:59:28 | | SYNCB/LOWES, BOX 965005, Orlando, FL 32896-5005 |
| 14822306 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 16 2024 00:48:54 | | SYNCB/PPC, BOX 530975, Orlando, FL 32896-0001 |
| 14822307 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 16 2024 00:33:24 | | SYNCB/SAMS CLUB, BOX 965005, Orlando, FL 32896-5005 |
| 14822308 | + | Email/Text: bncmail@w-legal.com Feb 16 2024 00:20:00 | | TD BANK USA/TARGETCRED, BOX 673, Minneapolis, MN 55440-0673 |
| 14822311 | ^ | MEBN Feb 16 2024 00:10:11 | | TELECOM SELFREPORTED, BOX 4500, Allen, TX 75013-1311 |
| 14822312 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 16 2024 01:20:17 | | THD/CBNA, BOX 6497, Sioux Falls, SD 57117-6497 |
| 14822313 | ^ | MEBN Feb 16 2024 00:09:53 | | UTILITY SELFREPORTED, BOX 4500, Allen, TX 75013-1311 |
| 14822314 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Feb 16 2024 00:33:26 | | WELLS FARGO BANK, PO BOX 10335, Des Moines, IA 50306-0335 |
| 14836459 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Feb 16 2024 00:33:42 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason  Name and Address**

| | | |
|---|---|---|
| 14834894 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14829596 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | on behalf of Debtor April Flegler feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com |
| LYNN E. FELDMAN | on behalf of Joint Debtor Christopher Flegler feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor CROSSCOUNTRY MORTGAGE LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: April Flegler and Christopher Flegler
      Debtor(s)

Chapter: 13

Bankruptcy No: 23−13066−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 15, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                    Patricia M. Mayer
                                                    Judge, United States Bankruptcy Court

19
Form 155