Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-13066-PMM**

April Flegler  
Christopher Flegler  
427 Nazareth Hill Rd  
Nazareth  PA   18064

Petition Filed Date: 10/12/2023  
341 Hearing Date: 11/21/2023  
Confirmation Date: 02/15/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/27/2023 | $1,200.00 | | 11/28/2023 | $1,200.00 | | 01/09/2024 | $1,200.00 | |
| 02/05/2024 | $1,200.00 | | 03/05/2024 | $1,200.00 | | 04/01/2024 | $1,200.00 | |
| 04/29/2024 | $1,200.00 | | 06/04/2024 | $1,200.00 | | 07/09/2024 | $1,200.00 | |

**Total Receipts for the Period: $10,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OF OMAHA »» 001 | Unsecured Creditors | $9,748.19 | $416.01 | $9,332.18 |
| 2 | CREDIT FIRST NA »» 002 | Unsecured Creditors | $1,876.26 | $67.57 | $1,808.69 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $7,499.69 | $320.05 | $7,179.64 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $20,523.10 | $875.86 | $19,647.24 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $3,725.56 | $159.00 | $3,566.56 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $9,442.93 | $402.98 | $9,039.95 |
| 7 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $26,490.38 | $1,130.52 | $25,359.86 |
| 8 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $4,757.73 | $203.06 | $4,554.67 |
| 9 | AMERICAN EXPRESS NATIONAL BANK »» 009 | Unsecured Creditors | $16,086.81 | $686.54 | $15,400.27 |
| 10 | AMERICAN EXPRESS NATIONAL BANK »» 010 | Unsecured Creditors | $1,782.63 | $64.21 | $1,718.42 |
| 11 | CITIBANK NA »» 011 | Unsecured Creditors | $265.85 | $0.00 | $265.85 |
| 12 | WELLS FARGO BANK NEVADA NA »» 012 | Unsecured Creditors | $3,262.00 | $139.22 | $3,122.78 |
| 13 | WELLS FARGO BANK NEVADA NA »» 013 | Unsecured Creditors | $3,639.00 | $155.28 | $3,483.72 |
| 14 | CITIBANK NA »» 014 | Unsecured Creditors | $1,821.45 | $65.62 | $1,755.83 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» 015 | Unsecured Creditors | $4,744.16 | $202.48 | $4,541.68 |

**Chapter 13 Case No. 23-13066-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $3,588.18 | $153.15 | $3,435.03 |
| 17 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $8,582.86 | $366.29 | $8,216.57 |
| 18 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $4,129.60 | $176.25 | $3,953.35 |
| 19 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $3,034.47 | $129.50 | $2,904.97 |
| 20 | LVNV FUNDING LLC »» 020 | Unsecured Creditors | $14,931.95 | $637.26 | $14,294.69 |
| 21 | BANK OF AMERICA NA »» 021 | Unsecured Creditors | $8,310.00 | $354.63 | $7,955.37 |
| 22 | LVNV FUNDING LLC »» 022 | Unsecured Creditors | $1,841.66 | $66.33 | $1,775.33 |
| 23 | TD BANK USA NA »» 023 | Unsecured Creditors | $2,227.68 | $80.24 | $2,147.44 |
| 24 | CROSSCOUNTRY MORTGAGE, LLC »» 024 | Mortgage Arrears | $185.06 | $185.06 | $0.00 |
| 25 | SARCO FEDERAL CREDIT UNION | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | BANK OF AMERICA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | BARLCAYS/OLD NAVY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | BEST BUY/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | TD RCS/ROFORM FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | UTILITY SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,000.00 | Current Monthly Payment: | $1,200.00 |
| Paid to Claims: | $10,725.11 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,200.00 | Total Plan Base: | $72,000.00 |
| Funds on Hand: | $74.89 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.