# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
|   **April Flegler** | : | **Case No.: 23-13066** |
|   **Christopher Flegler** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
|   **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **CrossCountry Mortgage, LLC** ("Creditor"). Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Stephen R. Franks
Stephen R. Franks (0075345)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
SRFranks@mdklegal.com

/s/ Adam B. Hall
Adam B. Hall (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
ABHall@mdklegal.com

24-002787_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 23-13066** |
| **April Flegler** | : **Chapter 13** |
| **Christopher Flegler** | : **Judge Patricia M. Mayer** |
| | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : |
| | : |
| **CrossCountry Mortgage, LLC** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **April Flegler** | : |
| **Christopher Flegler** | : |
| **Scott F. Waterman** | : |
| **Respondents.** | : |

### **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Lynn E. Feldman, Attorney for April Flegler and Christopher Flegler, feldmanfiling@rcn.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

April Flegler and Christopher Flegler, 427 Nazareth Hill Rd, Nazareth, PA  18064

/s/ Adam B. Hall

24-002787_PS