| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-13066-PMM

April Flegler
Christopher Flegler
427 Nazareth Hill Rd
Nazareth  PA    18064

Petition Filed Date: 10/12/2023
341 Hearing Date: 11/21/2023
Confirmation Date: 02/15/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $1,200.00 | | 09/03/2024 | $1,200.00 | | 09/30/2024 | $1,200.00 | |
| 10/28/2024 | $1,200.00 | | 11/27/2024 | $1,200.00 | | 01/06/2025 | $1,200.00 | |
| 02/03/2025 | $1,200.00 | | 02/28/2025 | $1,200.00 | | 03/31/2025 | $1,200.00 | |
| 04/28/2025 | $1,200.00 | | 05/23/2025 | $1,200.00 | | 07/08/2025 | $1,200.00 | |

**Total Receipts for the Period:  $14,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $26,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OF OMAHA »» 001 | Unsecured Creditors | $9,748.19 | $1,211.65 | $8,536.54 |
| 2 | CREDIT FIRST NA »» 002 | Unsecured Creditors | $1,876.26 | $220.06 | $1,656.20 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $7,499.69 | $932.21 | $6,567.48 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $20,523.10 | $2,551.00 | $17,972.10 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $3,725.56 | $463.08 | $3,262.48 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $9,442.93 | $1,173.70 | $8,269.23 |
| 7 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $26,490.38 | $3,292.68 | $23,197.70 |
| 8 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $4,757.73 | $591.40 | $4,166.33 |
| 9 | AMERICAN EXPRESS NATIONAL BANK »» 009 | Unsecured Creditors | $16,086.81 | $1,999.56 | $14,087.25 |
| 10 | AMERICAN EXPRESS NATIONAL BANK »» 010 | Unsecured Creditors | $1,782.63 | $209.08 | $1,573.55 |
| 11 | CITIBANK NA »» 011 | Unsecured Creditors | $265.85 | $33.07 | $232.78 |
| 12 | WELLS FARGO BANK NEVADA NA »» 012 | Unsecured Creditors | $3,262.00 | $405.49 | $2,856.51 |
| 13 | WELLS FARGO BANK NEVADA NA »» 013 | Unsecured Creditors | $3,639.00 | $452.26 | $3,186.74 |
| 14 | CITIBANK NA »» 014 | Unsecured Creditors | $1,821.45 | $213.67 | $1,607.78 |

**Chapter 13 Case No. 23-13066-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» 015 | Unsecured Creditors | $4,744.16 | $589.72 | $4,154.44 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $3,588.18 | $446.03 | $3,142.15 |
| 17 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $8,582.86 | $1,066.80 | $7,516.06 |
| 18 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $4,129.60 | $513.29 | $3,616.31 |
| 19 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $3,034.47 | $377.20 | $2,657.27 |
| 20 | LVNV FUNDING LLC »» 020 | Unsecured Creditors | $14,931.95 | $1,856.02 | $13,075.93 |
| 21 | BANK OF AMERICA NA »» 021 | Unsecured Creditors | $8,310.00 | $1,032.91 | $7,277.09 |
| 22 | LVNV FUNDING LLC »» 022 | Unsecured Creditors | $1,841.66 | $216.03 | $1,625.63 |
| 23 | TD BANK USA NA »» 023 | Unsecured Creditors | $2,227.68 | $276.88 | $1,950.80 |
| 24 | CROSSCOUNTRY MORTGAGE, LLC »» 024 | Mortgage Arrears | $185.06 | $185.06 | $0.00 |
| 25 | SARCO FEDERAL CREDIT UNION | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | BANK OF AMERICA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | BARLCAYS/OLD NAVY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | BEST BUY/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | TD RCS/ROFORM FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | UTILITY SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $26,400.00 | | Current Monthly Payment: | $1,200.00 |
| Paid to Claims: | $23,996.85 | | Arrearages: | $0.00 |
| Paid to Trustee: | $2,352.00 | | Total Plan Base: | $72,000.00 |
| Funds on Hand: | $51.15 | | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.