Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

April Flegler
Christopher Flegler
427 Nazareth Hill Rd
Nazareth, PA 18064

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-13066-PMM**

Petition Filed Date: 10/12/2023
341 Hearing Date: 11/21/2023
Confirmation Date: 02/15/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $1,200.00 | | 09/02/2025 | $1,200.00 | | 09/26/2025 | $1,200.00 | |
| 11/05/2025 | $1,200.00 | | 12/08/2025 | $1,200.00 | | 01/05/2026 | $1,200.00 | |
| 02/02/2026 | $1,200.00 | | 02/27/2026 | $1,200.00 | | 04/02/2026 | $1,200.00 | |
| 05/04/2026 | $1,200.00 | | 06/01/2026 | $1,200.00 | | 07/06/2026 | $1,200.00 | |

**Total Receipts for the Period: $14,400.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $40,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OF OMAHA<br>»» 001 | Unsecured Creditors | $9,748.19 | $2,013.07 | $7,735.12 |
| 2 | CREDIT FIRST NA<br>»» 002 | Unsecured Creditors | $1,876.26 | $374.59 | $1,501.67 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 003 | Unsecured Creditors | $7,499.69 | $1,548.81 | $5,950.88 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $20,523.10 | $4,238.27 | $16,284.83 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $3,725.56 | $769.34 | $2,956.22 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 006 | Unsecured Creditors | $9,442.93 | $1,950.04 | $7,492.89 |
| 7 | JP MORGAN CHASE BANK NA<br>»» 007 | Unsecured Creditors | $26,490.38 | $5,470.53 | $21,019.85 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $4,757.73 | $982.58 | $3,775.15 |
| 9 | AMERICAN EXPRESS NATIONAL BANK<br>»» 009 | Unsecured Creditors | $16,086.81 | $3,322.04 | $12,764.77 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $1,782.63 | $355.90 | $1,426.73 |
| 11 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 011 | Unsecured Creditors | $265.85 | $49.46 | $216.39 |
| 12 | WELLS FARGO BANK NEVADA NA<br>»» 012 | Unsecured Creditors | $3,262.00 | $673.67 | $2,588.33 |

**Chapter 13 Case No. 23-13066-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | WELLS FARGO BANK NEVADA NA<br>»» 013 | Unsecured Creditors | $3,639.00 | $751.40 | $2,887.60 |
| 14 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 014 | Unsecured Creditors | $1,821.45 | $363.73 | $1,457.72 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $4,744.16 | $979.71 | $3,764.45 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $3,588.18 | $741.03 | $2,847.15 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $8,582.86 | $1,772.43 | $6,810.43 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $4,129.60 | $852.79 | $3,276.81 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $3,034.47 | $626.70 | $2,407.77 |
| 20 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $14,931.95 | $3,083.56 | $11,848.39 |
| 21 | BANK OF AMERICA NA<br>»» 021 | Unsecured Creditors | $8,310.00 | $1,716.13 | $6,593.87 |
| 22 | LVNV FUNDING LLC<br>»» 022 | Unsecured Creditors | $1,841.66 | $367.77 | $1,473.89 |
| 23 | TD BANK USA NA<br>»» 023 | Unsecured Creditors | $2,227.68 | $460.00 | $1,767.68 |
| 24 | CROSSCOUNTRY MORTGAGE, LLC<br>»» 024 | Mortgage Arrears | $185.06 | $185.06 | $0.00 |
| 25 | SARCO FEDERAL CREDIT UNION | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | BANK OF AMERICA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | BARLCAYS/OLD NAVY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | BEST BUY/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | TD RCS/ROFORM FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | UTILITY SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,800.00 | Current Monthly Payment: | $1,200.00 |
| Paid to Claims: | $37,336.61 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,408.00 | Total Plan Base: | $72,000.00 |
| Funds on Hand: | $55.39 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.